

**DAVIDOFF HUTCHER & CITRON LLP**
ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8488

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

**JAMES B. GLUCKSMAN, ESQ.**
WRITER DIRECT (646) 428-3236
JBG@DHCLEGAL.COM

November 19, 2024

**VIA ELECTRONIC FILING**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

> Re: **Simpson, et. al v. First Republic Bank, et al. (In re JJ Arch LLC), Case No. 24-cv-04847: Response to November 1, 2024 Letter (ECF Docket No. 17)**

Honorable Judge:

This firm represents JJ Arch LLC ("JJ Arch"), Objecting Party. JJ Arch was the Respondent (the "Respondent") with respect to the Joint Motion to Remand of Arch Real Estate Holdings LLC ("AREH") and Jared Chassen ("Movants") Based on Lack of Jurisdiction or, in the Alternative, Principles of Abstention or Equity (the "Joint Motion to Remand"). The Bankruptcy Court referred the proposed findings of fact (the "Proposed Findings") to Your Honor for consideration pursuant to Rule 9033 of the Federal Rules of Bankruptcy Procedure [Dkt. No.1].

This letter is written in response to Movants' Request for Pre-Motion Conference (the "Pre-Motion Conference") to Dismiss Objections to Bankruptcy Court's Proposed Findings Directing Remand as Moot (the "Letter Motion," ECF Docket No. 17).

By Motion in the Bankruptcy Court filed October 22, 2024 and heard of November 12, 2024 Davidoff Hutcher & Citron LLP ("DHC"), counsel for the Debtor, moved to be relieved as counsel ("Motion to be Relieved," Bankruptcy Court ECF Docket No. 219), which remains *sub judice*. In view of the Motion to be Relieved, DHC does not intend to appear at the requested Pre-Motion Conference.

DAVIDOFF HUTCHER & CITRON LLP

November 19, 2024

Hon. Katherine Polk Failla
United States District Judge

Page 2

    If you have any questions or concerns, please do not hesitate to contact this office.

Respectfully,

_____
/s/ James B. Glucksman

cc: (All parties served via ECF)

Olshan From Wolosky LLP
Attn: Jonathan T. Koevary, Esq.
Email: jkoevary@olshanlaw.com
afriedman@olshanlaw.com

Leslie C Thorne, Esq.
Haynes and Boone, LLP
Email: leslie.thorne@haynesboone.com

Sean Christopher Southard, Esq.
Klestadt, Winters, Jureller, Southard & Stevens LLP
Email: ssouthard@klestadt.com

.